#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JERALD AND JOY SHOUSE,** )<br>)<br>**Plaintiffs,** )<br>)<br>vs. )<br>)<br>**ROBERT PRICE, et al.,** )<br>)<br>**Defendants.** ) | NO. CIV-05-0831-HE |

### ORDER

This case is before the Court on the Report and Recommendation of Magistrate Judge Doyle W. Argo. Plaintiffs bring this action pursuant to 42 U.S.C. § 1983. Consistent with 28 U.S.C. § 636(b)(1)(B), the matter was referred to Judge Argo for review. On September 2, 2005, Judge Argo issued his Report and Recommendation, recommending that plaintiff Joy Shouse be dismissed from this action without prejudice and that plaintiff Jerald Shouse be directed to file an amended complaint raising claims related only to himself and not those of Joy Shouse.

Plaintiffs have not filed an objection to the Report and Recommendation. Therefore, further review of the issues contained therein is waived. United States v. One Parcel of Real Prop., 73 F.3d 1057, 1059-60 (10th Cir. 1996). See 28 U.S.C. § 636(b)(1)(c); LCvR72.1(a). For this reason, and for the reasons contained in the Report and Recommendation, the Court concurs with Judge Argo's recommendation.

Accordingly, the Report and Recommendation is **ADOPTED** in its entirety. Plaintiff Joy Shouse is **DISMISSED** from this action without prejudice. Plaintiff Jerald Shouse is

ordered to file an amended complaint within **twenty (20) days** of the date of this order, raising claims related only to himself and not those of Joy Shouse.

**IT IS SO ORDERED**.

Dated this 1st day of November, 2005.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE